1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  JEFFREY D. NEDROW (CASBN 161299)
   Assistant United States Attorneys
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5045
7      Fax: (408) 535-5066
       Email: jeff.nedrow@usdoj.gov
8
9  Attorneys for Plaintiff

10                  IN THE UNITED STATES DISTRICT COURT

11                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,         )   No.: CR 04-20179-JF
                                      )
13              Plaintiff,            )   STIPULATION AND ~~PROPOSED~~
                                      )   ORDER FOR CONTINUANCE OF
14          v.                        )   SENTENCING HEARING
                                      )
15  MICHAEL JOHNSTON,                 )
                                      )
16              Defendant.            )
                                      )
17  _____

18       The United States, through its counsel Jeffrey Nedrow, and defendant Michael Johnston,

19  through his counsel Paul Meltzer, hereby agree and stipulate to a continuance of the sentencing

20  hearing in this case scheduled for Wednesday, December 3, 2008 to Wednesday, February 18,

21  2009 at 10:00 a.m.

22       The parties agree that the following reasons exist for this continuance:

23       Michael Johnston and the government have provided information to the Probation Office

24  for its consideration in completing the Presentence Report and making a sentencing

25  recommendation in this case. Both parties have an interest in a careful review of this information

26  in light of its potential impact on the sentencing hearing. The probation office requires additional

27  //

28  //

STIPULATION RE: CONTINUANCE
CR 04-20179-JF                                    1

1  time to assess this information and complete the Presentence Report. Accordingly, a continuance
2  is requested. The probation officer has been notified of this proposed continuance.
3
4                                    Respectfully submitted,
5
6  November 20, 2008              _____/s/_____
7                                    PAUL MELTZER
                                     Counsel for Michael Johnston
8
9  November 20, 2008              _____/s/_____
                                     JEFFREY D. NEDROW
10                                   Assistant United States Attorney
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION RE: CONTINUANCE
CR 04-20179-JF                            2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.: CR 04–20179-JF |
| Plaintiff, | ) ) | ORDER CONTINUING <u>SENTENCING HEARING</u> |
| v. | ) ) | |
| MICHAEL JOHNSTON, | ) ) | |
| Defendant. | ) ) ) | |

Based on the stipulation of the parties and the facts set forth in the stipulation between the parties, and good cause appearing,

IT IS HEREBY ORDERED that the sentencing hearing in this case is continued from December 3, 2008 to February 18, 2009 at 10:00 a.m.

DATED: 11/26/08

_____
JEREMY FOGEL
United States District Judge

STIPULATION RE: CONTINUANCE
CR 04-20179-JF                                         3