JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

JEFFREY D. NEDROW (CSBN 161299)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, CA 95113
Telephone: (408) 535-5045
Facsimile:  (408) 535-5066
Email: jeff.nedrow@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL JOHNSTON, ) <br> ) <br> Defendant. ) <br> ) | No. CR 04-20179-JF <br><br> STIPULATION AND [PROPOSED] ORDER RE: FINAL ORDER OF RESTITUTION |

The parties, by and through their counsel of record, hereby stipulate to the entry of a final order of restitution in the amount of $350,001 as to defendant Michael Johnston in this case.  The restitution shall be paid to 24-Hour Fitness.  This restitution order is imposed jointly and severally upon defendant Michael Johnston and co-defendant Susan Powell.

JOSEPH P. RUSSONIELLO
United States Attorney

October 14, 2009                    /s/
                                                JEFFREY D. NEDROW
                                                Assistant United States Attorney

October 14, 2009                    /s/
                                                PAUL MELTZER
                                                Attorney for Michael Johnston

1

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 04-20179-JF |
| | ) | |
| Plaintiff, | ) | FINAL ORDER RE: RESTITUTION |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL JOHNSTON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

FOR THE REASONS SET FORTH ABOVE IN THE STIPULATION BETWEEN THE PARTIES, IT IS HEREBY ORDERED that the final order of restitution in this case shall be $350,001 as to defendant Michael Johnston in this case. The restitution shall be paid to 24-Hour Fitness. This restitution order is imposed jointly and severally upon defendant Michael Johnston and co-defendant Susan Powell.

DATE: 10/15/09

_____
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE