```
 1  PAUL B. MELTZER (State Bar No. 077425)
    LAW OFFICES OF PAUL B. MELTZER
 2  A Professional Corporation
    511 Water Street
 3  Santa Cruz, California 95060
    Telephone: (831) 426-6000
 4
    Attorneys for Defendant, MICHAEL JOHNSTON
 5
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SUSAN K. POWELL and ) <br> MICHAEL J. JOHNSTON, ) <br> ) <br> Defendants. ) <br> _____) | Case No.: CR-04-20179-JF <br><br> ~~AMENDED~~ STIPULATION TO CONTINUE AND [PROPOSED] ORDER <br><br> Judge: The Honorable Jeremy Fogel |

IT IS HEREBY STIPULATED by and between counsel that there exists good cause to continue Michael Johnson's surrender date from Friday, April 9, 2010 to Friday April 16, 2010. Mr. Johnston was not informed of his surrender date until April 5, 2010 (Exhibit A). Mr. Johnston would like to extend his surrender date one additional week so that he may have sufficient time to finalize his taxes. The government has no objections to this extension (Exhibit B).

Therefore, it is respectfully requested that the previously set surrender date of April 9, 2010 be continued to April 16, 2010.

Dated: April 7, 2010

                                                    /s/
                            JEFF D. NEDROW, Assistant U.S. Attorney

Dated: April 7, 2010

                                                    /s/
                            PAUL B. MELTZER, Attorney for
                            Defendant MICHAEL JOHNSTON

STIPULATION TO CONTINUE AND [PROPOSED] ORDER - 1

**[PROPOSED] ORDER**

Good cause shown, therefore, IT IS HEREBY ORDERED that Michael Johnson's surrender date shall be continued from Friday, April 9, 2010 to Friday April 16, 2010.

SO ORDERED.

Dated: April 8, 2010

_____
HON. JEREMY FOGEL, DISTRICT JUDGE
UNITED STATES DISTRICT COURT

```
> -----Original Message-----
> From: Michael Johnston [mailto:michael@predomedia.com]
> Sent: Monday, April 05, 2010 4:24 PM
> To: Paul Meltzer
> Subject: Johnston
>
> Paul,
>
> I was informed by Pretrial Services that I would be given a 2 week
> notice of the day and time to surrender but never received and
> documentation or phone call. I just found out from Pretrial Services
> that my surrender date is this Friday the 9th (I've been calling
> Pretrial to get this information).
>
> I need to get an additional week to finalize my taxes. Can you please
> contact the judge and ask for the additional time to surrender? I'd
> really appreciate it. Please let me know at your earliest convenience.
> Thanks!
>
> Michael
```

```
> -----Original Message-----
> From: Nedrow, Jeff (USACAN) [mailto:Jeff.Nedrow@usdoj.gov]
> Sent: Monday, April 05, 2010 7:11 PM
> To: Paul Meltzer
> Subject: RE: Johnston
>
> Hi Paul, I have no objection to a one-week extension of the self
> surrender date under these circumstances, and you may indicate my
> concurrence with such an extension in a stipulation and proposed order
> to the Court.
>
> Thanks,
>
> Jeff
```